RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRETT STUART WHITEHEAD, ET AL., Plaintiffs | CIVIL ACTION NO. 1:16-CV-00176 |
| VERSUS | CHIEF JUDGE DRELL |
| INTERNATIONAL PAPER COMPANY AND HUNTER WHITELEY, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 11) filed by Defendants International Paper Company and Hunter Whiteley, be GRANTED, and that Plaintiffs' claims against Defendant Hunter Whiteley be DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT